COMMONWEALTH ex rel. MORGAN *v.* HEILMAN and Another.

*Exceptions to the bail are waived by filing a declaration, but the bail is not discharged.*

*Jan.* 16. To a *hab. corp.* the respondents returned they held the relator under a bail-piece; that they had entered bail to the sheriff, and executed a bail-bond in an action on the case against Morgan, and the plaintiff filed exceptions; that respondents never justified, nor was any additional bail entered, the amount having been reduced by the court, on a rule to show cause of action, and why defendant should not be discharged on common bail; that the sheriff afterwards returned the writ "C. C. and B. B., and respondents bail." That a declaration was subsequently filed, &c., and verdict and judgment obtained, on which the relator was arrested.

*St. Geo. Campbell*, for the relator, cited Fitler *v.* Bryson, 6 Watts & Serg. 566, as deciding that the bail was discharged by exception taken, and no justification.

*Jan.* 16. BELL, J.—The exceptions are waived by proceeding, but it is not a discharge of the bail.

The prisoner was remanded.